## 51369. KING v. KING.

STOLZ, Judge.

The judge of the Superior Court of Dougherty County did not err in dismissing an appeal to that court from the probate court of said county where the record shows that the order appealed from was entered on May 8, 1975, and the notice of appeal to the superior court was not filed until June 13, 1975. See Code Ann. § 6-102 (as amended, Ga. L. 1972, p. 738); *Gray v. Gunby,* 206 Ga. 63, 64 (2) (55 SE2d 588).

*Judgment affirmed. Deen, P. J., and Evans, J., concur.*

ARGUED SEPTEMBER 30, 1975 — DECIDED JANUARY 9, 1976.

*Clennon King, pro se.*
*King & Phipps, C. B. King,* for appellee.